# ELECTRONIC RECORD

COA # 02-14-00099-CR                         OFFENSE: 22.04

STYLE: Brent Allen Benefield v. The State of Texas                COUNTY: Wichita

COA DISPOSITION:     AFFIRMED                TRIAL COURT: 30th District Court

DATE: 07/30/15                    Publish: NO    TC CASE #: 53,721-A

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Brent Allen Benefield v. The State of Texas

____**APPELLANT'S**____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

____**REFUSED**____

DATE: __11/04/2015__

JUDGE: _____

CCA #: __**1126-15**__

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

---------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**